*BO11*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 25- 116 |
| | ) | |
| v. | ) | (18 U.S.C. §§ 2252(a)(2); 2252(a)(4)(B); |
| | ) | 2252(b)(2)) |
| | ) | |
| NATHAN FIKE | ) | [UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about October 4, 2023, in the Western District of Pennsylvania, the defendant, NATHAN FIKE, did knowingly distribute a visual depiction of a minor using any means and facility of interstate and foreign commerce, namely, the Internet and a cellular telephone, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and that depicted a minor engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256.

In violation of Title 18, United States Code, Section 2252(a)(2).

**FILED**

APR 30 2025

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COUNT TWO

The grand jury further charges:

On or about February 9, 2024, in the Western District of Pennsylvania, the defendant, NATHAN FIKE, did knowingly possess visual depictions, namely, images and videos in computer graphics and digital files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depict prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct, all of which had been shipped and transported in interstate and foreign commerce by means of a computer and the Internet.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant NATHAN FIKE that the United States will seek forfeiture as part of any sentence, in accordance with Title 18, United States Code, Section 2253, in the event of the defendant's conviction of any of Counts One and Two of this Indictment.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of any offense set forth in Counts One and Two of this Indictment, in violation of Title 18, United States Code, Section 2252, the defendant, NATHAN FIKE, shall forfeit to the United States of America:

    a. Any visual depiction described in Title 18, United States Code, Section 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3. The property subject to this forfeiture notice includes, but is not limited to: One (1) Samsung Galaxy S7, Model SM-G930U, with IMEI 356354081109820.

4. If any of the property described above, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A True Bill,

*[signature]*
FOREPERSON

*[signature]*
TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

*[signature]*
DEMARR W. MOULTON
Assistant United States Attorney
NY ID No. 5724869